424 A.2d 498
COMMONWEALTH of Pennsylvania
v.
Kenneth TEATER, Appellant.
Supreme Court of Pennsylvania.
Argued Oct. 16, 1980.
Decided Jan. 27, 1981.

Norris E. Gelman, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Ellen Mattleman, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Judgment of Sentence of the Court of Common Pleas of Philadelphia County is affirmed.